for a writ of mandamus as moot.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to voluntarily dismiss the mandamus petition is granted.

**Joanne RODRIGUEZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 03–3186.

United States Court of Appeals, Federal Circuit.

DECIDED: April 30, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Otis J. CLIFTON, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

No. 03–3182.

United States Court of Appeals, Federal Circuit.

DECIDED: April 30, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* Norman requests that the dismissal be "without prejudice." It is not this court's usual practice to designate a dismissal as being with or without prejudice, and in this instance there is no indication why the dismissal should be labeled as such.